IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00446-EWN-MEH

WATER PIK, INC., a Delaware corporation,

    Plaintiff,

v.

ORAL BREEZE, L.L.C., a Delaware limited liability corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 11, 2007.**

    Defendant's Unopposed Motion to Set Aside Clerk's Entry of Default, to Extend Deadline to Respond to the Complaint, and For Other Relief [Filed June 22, 2007; Docket #14] is **granted in part and denied in part**.

    Pursuant to Fed. R. Civ. P. 55(c), and for good cause shown, Defendant's request to set aside the Clerk's Entry of Default [Doc #10] is **granted**. The Clerk shall set aside the entry of default against Defendant Oral Breeze, L.L.C., and the action will proceed in accordance with applicable rules.

    Defendant's request to extend the deadline to respond to the Complaint to July 9, 2007 is **denied as moot**. Defendant will answer or otherwise respond to the Amended Complaint [Filed 7/6/07; Doc #17] within ten days after service of the Amended Complaint, in accordance with Fed. R. Civ. P. 15(a).

    Defendant's request to vacate that part of the Court's May 23, 2007 Minute Order requiring the Plaintiff to file a request or application for entry of default judgment by June 25, 2007 is **denied as moot**.